**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 2 6 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jasmon Stallings

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14CV2202
JUDGE HOLDERMAN
MAGISTRATE JUDGE VALDEZ

vs.

Case No. _____
(To be supplied by the Clerk of this Court)

Lt Buckybile, Sgt Baker, Sgt
Mayes, M. Smith, Evans, Pulido
Davenport, Beaugard
Onobasi

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.    Name: Jasmon Stallings

    B.    List all aliases: Jazz and Buffalo Spirit

    C.    Prisoner identification number: B83576

    D.    Place of present confinement: Stateville

    E.    Address: PO Box 112 Joliet IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Lt Buakyble

        Title: Lt. In Stateville

        Place of Employment: Stateville Correctional Center

    B.    Defendant: Sgt Baker

        Title: Sgt

        Place of Employment: Stateville

    C.    Defendant: Sgt Mayes

        Title: Sgt

        Place of Employment: Stateville

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant Smith

Title: Correctional Officer

Place of Employment: Stateville

Defendant Evans

Title: Correctional Officer

Place of Employment: Stateville

Defendant Paulido

Title: Correctional officer

Place of Employment: Stateville

Defendant Davenport

Title: Correctional officer

Place of Employment: Stateville

Defendant Beaugard

Title: Correctional officer

Place of Employment: Stateville

Defendant Dr. Obasi

Title: Doctor, Medical Director

Place of Employment: Stateville

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 10C6939

B. Approximate date of filing lawsuit: Nov 9, 2010

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Jasmon Stallings

D. List all defendants: Dr. Lipeng Zong

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Ill

F. Name of judge to whom case was assigned: James F Holderman

G. Basic claim made: I have a disfigurement on lower part of head causes headaches and blacks

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: Soy Food / Stomech Problems. 11 C 8107

B.  Approximate date of filing lawsuit: 11 / 21 / 2011

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Jasmon Stallings

D.  List all defendants: Hardy, Sheeler, Dr. Ghose, Werford

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court Northern District of Ill Easter Division

F.  Name of judge to whom case was assigned: Holderman

G.  Basic claim made: Soy causing Stomech problems

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I.  Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.     Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Oct 3rd 2012 while on my way to chow me and four others was sent back for not pairing up in time. While in the bullpen I asked Lt Bushybile if we'll be getting fed he said no. I told him he can't deny us food he told me to cuff up I told him I need to see a major he said I got you. went and got. Sgt Baker, Evens, Paulido, Davenport, Beauguard, Sgt Mayes C.O. Smith was already present. They wrestled me to the ground while on the ground they stomped on my back and neck Sgt Baker rammed my head on the floor lifted me up by my dread locks pulling some out they rammed my head on the door 3 times while cuffed pushed me down the steps on the way they put my head to my knees making it impossible to walk C.O. Evens was trying to brake my shoulder popping it out of place. I went to N.C.U they drew blood Dr OBasi refuse treatment saying I shouldn't have assaulted the police. I.A. come and talked to me. twice only to make sure I wasn't going to fight the officers only took photos of my injuries. It took me weeks to get a X-Ray. Due to minor brain damage sence I was 11 I suffered minor brain damage. I had a lot of minor siezures police was called. No Help Dr was the only one thaught I assalted Officers police didn't even say I did Bushybile didn't mention all the officers in the ticket wrote it so I can beat it the thing I did let it go.

Revised 9/2007

thinking I'd let it go. In Seg I wrote tons of people for help. Due to minor seizures over and over, it was hard other than letters to get Medical attention. I lost my only job in the choi. hall due to this and this was my first time ever in seg.

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Moniteny demage for lost of job Restore job 25,000 from each defendant

**VI.**    The plaintiff demands that the case be tried by a jury.  ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____day of _____, 20_____

Jasmon Stallings
(Signature of plaintiff or plaintiffs)

Jasmon Stallings
(Print name)

B83526
(I.D. Number)

PO Box 112 Joliet IL 60434

(Address)

D144

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** _Stallings_ _Jasmon_ MI ____ B83576 ID#

Last Name         First Name      MI      ID#

**Facility:** _Sta_

☑ Grievance: Facility Grievance # (if applicable) _(2) 4325 + 4326_ Dated: _11/11/12_ or ☐ Correspondence: Dated: _____

     Received: _12, 10, 12_ Regarding: _Staff Conduct, Conditions_

     Date                                            _-F-house_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Committed Person's Grievance, DOC 0046 including the counselor's response if applicable).

☑ Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
            Office of Inmate Issues
            1301 Concordia Court
            Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied by the facility, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:   Illinois Prisoner Review Board
            319 E. Madison St., Suite A
            Springfield, IL   62706

---

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____/_____/_____.
                                         Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

_____

---

Completed by: _Sarah Johnson_             _Sarah Johnson_        _1/14/13_

            Print Name                                Signature                 Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: Nov 11, 2012 | Offender: (Please Print) Jasmon Stallings | ID#: B83576 |

Present Facility: | Facility where grievance issue occurred:

**NATURE OF GRIEVANCE:**

GRIEVANCE OFFICE

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other NOV 2 1 2012

- [ ] Disciplinary Report: ___/___/___
  Date of Report
  Facility where issued
  A # 4305

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: This is my 3rd grievance on this issue. Oct 3rd 2012 while on my way to chow me and four others was sent back for not pairing up in time. While in the bull pen I asked Lt Busky, bile if we'll get thay he said No. I told him he cont deny us food he told me to cuff up I told him I need to see a major he said I got you want and got Sgt. Baker, C.o.s Evans, Paulido, Davenport, Beaugard, Sgt Moyes and CO smith was already their. They wrstled me to the ground while on the ground they atempst on my back and neck Sgt Beaugard lift me up while cuffed by my hair pulling one of my defoeds out they got me up rammed my head against the door 3 times tried to push me down the steps while on our way they put my head to my knees making it impossible to walk CO Evans tried

Relief Requested: At least some medical help

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Jasmon Stallings | B83576 | ___/___/___ |
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

**Counselor's Response (If applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL. 62794-9277

Response: _____

DEC 19

Print Counselor's Name | Counselor's Signature | Date of Response

---

**EMERGENCY REVIEW**

Date Received: 11 / 28 / 12

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [✓] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

PMD | Chief Administrative Officer's Signature | 11 / 28 / 12 Date

Distribution: Master File; Offender
Printed on Recycled Paper
DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

to breake my arm he disloacated my shoulder. They cll it seams was tring to
hurt me Sgt Bosby while on the ground, while cuffed Hammeet my head to the ground
busting my lip. I went to the H.C.U. the Dr. Refuse to pop my shoulder in place or
look at my ~~swollen~~ thumb. Instead a month later sent me to get a X Ray. My
swollen

salty popped my shoulder back in place, my thumb still swollen my back & neck
still ~~this~~ Sgt Bosby while is mad cause he got moved from F house to D house and made it
clear he'll get us to write him up so he can get moved. I sat in Seg. I've never been
to Seg. I lost my job I sit here, broken up still no medical tention besides a X Ray.
I.A. came to talk to me twice Ms Foster and a new guy all they wanted to
know is would it be any retaliation. Ms Foster took photos of my head but made it
clear her only consern is her fello officers. I wrote 3 grievances even letters to
the Warden no ansuwer

# STATEVILLE CORRECTIONAL CENTER
## Notification of Appointment to HCU

**Name** **STALLINGS, JASMON**          **Number** **B83576**          **Date:** **10-22-12**

**Cell** **F 0141**          **Time to Report** **9:00 AM**          **Assignment**_____

| | | | | |
|---|---|---|---|---|
| ___LAB | **X** X-RAY | ___DIETITIAN | __SEIZURE CLINIC | __OTHER |
| _ _U.C. | __OPHTH | ___INF.ADMIT | __ CLINIC | |
| ___P.T. | __ORTHO | ___MD in U.C. | __HYPERTENSIVE CLINIC | |
| ___OPT | __DENTAL | ___ASTHMA CLINIC | __INFEC. CONTROL | |
| ___SICK CALL | __PHYSICALS | ___SURGERY CLINIC | ___MENTAL HEALTH | |

**Special Instructions:**  **X-RAY/GATE 5**

_____I accept this pass_____
Inmate Signature

_____I Refuse this Assignment_____
Inmate Signature

   If you are on a psychotropic medication, this will be discontinued or tapered off if you do not come to your next scheduled appointment.

_____Reason for refusal_____

_____

_____Witness_____
CMT Signature

**If you fail to keep this appointment (NO SHOW) you will have to reschedule your own appointment through the CMT.

_____NO SHOW

---

**Attempts to deliver this pass made at the following times:**

PMs_____ Reason not delivered_____
Midnights_____ Reason not delivered_____

_____R.N. Notified of inability to deliver pass
Signature of CMT_____ P.M._____ M.N._____ A.M.
Signature of R.N. _____ P.M._____ M.N._____ A.M.

---

Time inmate departed Assignment_____ Officer_____
Time inmate arrived at HCU _____ Officer_____
Time inmate departed HCU _____ Officer_____
Time inmate arrived Assignment_____ Officer_____

IL426
DCA2234 (Rev 4/93)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Stalling    First Name: Jormon    MI: ___    ID#: B 83576

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-3-12 30 12 | MD note | ↓ ☀ R shldr |
| | S: offender reported to commit staff assault and had physical struggle c̄ 3 officers who Tried to subdue him. | ↓ hand & neck ☀ R- motrin 600 BID x 2 weeks |
| | offender caused small wound to ↓ hand of one of the officers and contusion | |
| | offender c/o ↓ pain ☀ hand & stiffness neck ☀ R shldr discomfort | |
| | O: slight Tender dorsal hand no laceration 3 min ns neck & ☀ shldr WNL | |
| | A: sprain R shldr neck & ☀ hand | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

**U.S. Department of Justice**

Civil Rights Division

---

Disability Rights Section - NYA
950 Pennsylvania Avenue N.W.
Washington, DC 20530

**MAY 0 3 2013**

204-23-0

Mr. Jasmon Stallings, #B83576
Illinois Department of Corrections
P.O. Box 112
Joliet, IL 60434

      Re:    Illinois Department of Corrections

Dear Mr. Stallings:

      This letter is in response to your complaint filed with this office alleging a possible violation of the Americans with Disabilities Act (ADA).

      We have carefully reviewed your allegations and have determined that the circumstances that you describe do not give sufficient detail of an issue that we are able to address. Therefore, we will not be able to take further action with respect to your correspondence.

      In addition, we are not aware of another Federal agency with authority to handle this matter. You may wish to contact a private attorney to determine whether any redress can be achieved through the legal process.

                               Sincerely,

                                 J. Bentley
                                 Director
                                 Complaint Intake & Adjudication
                                 Disability Rights Section

411009

Dear ~~Sir Ladies~~ Prisoners Rights Research Project

My name is Jasmon Stallings B83576 F 141 I've been locked up 11yrs and I've never been to seg. The Reason I'm in seg is because Lt Burkybile is mad because he's not the Lt in F house anymore so he made it clear he wanted us to write grievances on him so he can get removed from D house. Oct 3rd me & 4 other people was sent back because he wasn't paired up while in the bullpen I asked the Lt Burkybile if we'd get thays his word's was F.U. you should've went to chow I told him you cant deny us food he told me to cuff up when I refused he went and got other officers E Vans, Sgt Baker Paulido, Davenport & Beaugard Sgt Moyes & C.O Smith was also present. They wrestled me to the ground while cuffed someone was stomping on my neck & Back Sgt Baker slammed my head on the floor & pulled out one of my dreads. when they lift me up they rammed my head to the door a couple of times they put my neck to my knees making it impossible to walk but pushed me on. Evans tried his best to brake my shoulder but he dislocated it. I went & seen the medical Dr Obasi he refused to pop my shoulder in place I told him my thumb was also broken. He refused to even look at it told me I shouldn't have made the police med. I.A. talked to me twice the first time took my statement the second time Ms Foster just making sure her officers were safe & took pictures of my head.

I've wrote grievance's wrote the warden no answer

Now I sit in seg my selly popped my shoulder back in place my neck is getting better my back is very bad & my thumb is swollen. Its alot of people in D house who seen the whole thing now I sit in seg and I lost my job in the Chow Hall. I don't know what you can do about it but I hopes its more then whats being done.

    Thank You For Your Time

      o Peace

Dear ~~Professor~~ Mandel Legal Clinic

My name is Jasmon Stallings B83576 F 141 I've been locked up 11 yrs and I've never been to seg. The reason I'm in seg is because Lt Burkybile is mad because he's not the Lt in F house anymore so he made it clear he wanted us to write grievances on him so he can get removed from D house. Oct 3rd me & 4 other people was sent back because we wasn't paired up while in the bullpen I asked the Lt Burkybile if we'd get trays his words was F.U. you should've went to chow I told him you cant deny us food he told me to cuff up when I refused he went and got other officers Evans, Sgt Baker Pulido, Davenport & Beaugard Sgt Mayes & C.O Smith was also present. They wrestled me to the ground while cuffed someone was stomping on my neck & Back Sgt Baker slammed my head on the floor & pulled out one of my dreads when they lift me up they rammed my head to the door a couple of times they put my neck to my knees making it impossible to walk but pushed me on. Evans tried his best to brake my shoulder but he dislocated it. I went & seen the medical Dr OBasi he refused to pop my shoulder in place I told him my thumb was also broken. He refused to even look at it told me I shouldn't have made the police med. I.A. talked to me twice the first time took my statement the second time Ms Foster just making sure her officers were safe & took pictures of my head.

The whole grievances wrote the warden no answer

Now I sit in seg my celly popped my shoulder back in place my neck is getting better my back is very bad & my thumb is swollen. Its a lot of people in D house who seen the whole thing now I sit in seg and I lost my job in the Chow Hall. I don't know what you can do about it but I hopes its more than whats being done.

Thank You For Your Time

• Peace

Dear Dir Gordeney Godinez

My name is Jasmon Stallings B83576 F 141 I've been locked up 11yrs and I've never been to seg. The Reason I'm in seg is because Lt Burkybile is mad because he's not the Lt in F house anymore so he made it clear he wanted us to write grievances on him so he can get Removed from D house. Oct 3rd me & 4 other people was sent back because we wasn't paired up while in the bullpen I asked the Lt Burkybile if we'd get trays his words was F.U. you should've went to chow I told him you cant deny us food he told me to cuff up when I refused he went and got other officers Evans, Sgt Baker Paulido, Davenport & Beaug and Sgt Meyers & C.O smith was also present. They wrestled me to the ground while cuffed someone was stomping on my neck & Back Sgt Baker slammed my head on the floor & pulled out one of my dreads when they lift me up they Rammed my head to the door a couple of times they put my neck to my knees making it impossible to walk but pushed me on. Evans tried his best to Brake my shoulder but he dislocated it. I went & seen the medical DR Obesi he refused to pop my shoulder in place I told him my thumb was also broken. He refused to even look at it told me I shouldint have made the police med. IA talked to me twice the first time took my statement the second time Ms Foster just making sure her officers were safe & took pictures of my head.

The whole grievance's wrote the warden no answer

Inmate Issues
NOV 2 9 2012

Now I sit in seg my selly popped my shoulder back in place my neck is getting better my back is very bad & my thumb is swollen. Its alot of people in D house who seen the whole thing now I sit in seg and I lost my job in the Chow Hall. I don't know what you can do about it but I hopes its more then whets being done.

Thank You For Your Time
o Peace

Inmate Issues

NOV 2 9 2012

Dear ~~Attorney~~ Lisa Madigan

My name is Jasmon Stallings B83576 F 141 I've been locked up 11 yrs and I've never been to seg. The reason I'm in seg is because Lt Burkybile is mad because he's not the Lt in F house anymore so he made it clear he wanted us to write grievances on him so he can get removed from D house. Oct 3rd me & 4 other people was sent back because we wasn't paired up while in the bullpen I asked the Lt Burkybile if we'd get trays his words was F.U. you should've went to chow I told him you cant deny us food he told me to cuff up when I refused he went and got other officers Evans, Sgt Baker Paulido, Davenport & Beaug and Sgt Mayes & C.O Smith was also present. They wrestled me to the ground while cuffed someone was stomping on my neck & back Sgt Baker slammed my head on the floor & pulled out one of my dreads when they lift me up they rammed my head to the door a couple of times they put my neck to my knees making it impossible to walk but pushed me on. Evans tried his best to brake my shoulder but he dislocated it. I went & seen the medical Dr Obasi he refused to pop my shoulder in place I told him my thumb was also broken. He refused to even look at it told me I shouldn't have made the police mad. I.A. talked to me twice the first time took my statement the second time Ms Foster just making sure her officers were safe & took pictures of my head.

The whole grievances I wrote the warden no answer

Now I sit in seg my celly popped my shoulder back in place my neck is getting better my back is very bad & my thumb is swollen. Its alot of people in D house who seen the whole thing now I sit in seg and I lost my job in the Chow Hall. I don't know what you can do about it but I hopes its more then whats being done.

Thank You For Your Time

• Peace

Dear. ~~Blum~~ Blum Legal Clinic

My name is Jasmon Strillings B83576 F 141 I've been locked
up 11yrs and I've never been to seg. The reason I'm in seg
is because Lt Burkybile is mad because he's not the Lt
in F house anymore so he made it clear he wanted us to
write grievances on him so he can get removed from D house.
Oct 3rd me & 4 other people was sent back because he wasn't
paired up while in the bullpen I asked the Lt Burkybile if we'd
get trays his words was F.U. you should've went to chow I
told him you cant deny us food he told me to cuff up when
I refused he went and got other officers Evans, Sgt Baker
Paulido, Davenport & Beaugard Sgt Meyes & C.O Smith was
also present. They wrestled me to the ground while cuffed someone
was stomping on my neck & Back Sgt Baker slammed my head on
the floor & pulled out one of my dreads when they lift me up
they rammed my head to the door a couple of times they put my
neck to my Kress making it impossible to walk but pushed me
on. Evans tried his best to brake my shoulder but he dislocated
it. I went & seen the medical Dr Obasi he refused to pop my shoulder
in place I told him my thumb was also broken. He refused to
even look at it told me I shouldn't have made the police med.
I.A. talked to me twice the first time took my statement the second
time Ms Foster just making sure her officers were safe
& took pictures of my head.
  I've wrote grievances wrote the warden no answer

Now I sit in seg my celly popped my shoulder back in place my neck is getting better my back is very bada & my thumb is swollen. Its alot of people in D house who seen the whole thing now I sit in seg and I lost my job in the Chow Hall. I don't know what you can do about it but I hopes its more then whets being done.

　　Thank You For Your Time
　　　　ₒPeace

Dear ~~Mr. Easley~~ HARD WARden

My name is Jasmon Stallings B83576 F 141 I've been locked up 11yrs and I've never been to seg. The reason I'm in seg is because Lt Burkybile is mad because he's not the Lt in F house anymore so he made it clear he wanted us to write grievances on him so he can get removed from D house. Oct 3rd me & 4 other people was sent back because we wasn't paired up while in the bullpen I asked the Lt Burkybile if we'd get trays his words was F.U. you shouldve went to chow I told him you can't deny us food he told me to cuff up when I refused he went and got other officers Evans, Sgt Baker Paulido, Davenport & Beaugard Sgt Moyes & C.O Smith was also present. They wrestled me to the ground while cuffed someone was stomping on my neck & back Sgt Baker slammed my head on the floor & pulled out one of my dreads when they lift me up they rammed my head to the door a couple of times they put my neck to my knees making it impossible to walk but pushed me on. Evans tried his best to brake my shoulder but he dislocated it. I went & seen the medical Dr Obasi he refused to pop my shoulder in place I told him my thumb was also broken. He refused to even look at it told me I shouldn't have made the police med. I.A talked to me twice the first time took my statement the second time Ms Foster just making sure her officers were safe & took pictures of my head.

I've wrote grievance's wrote the warden no answer

Now I sit in seg my selly popped my shoulder back in place my neck is getting better my back is very bad & my thumb is swollen. Its alot of people in D house who seen the whole thing now I sit in seg and I lost my job in the Chow Hall. I don't know what you can do about it but I hopes its more then whats being done.

Thank You For Your Time
o Peace

Dear ~~Br~~ U.S. Department of Justice

My name is Jasmon Stallings B83576 F 141 I've been locked up 11yrs and I've never been to seg. The Reason I'm in seg is because Lt Burkybile is mad because he's not the Lt in F house anymore so he made it clear he wanted us to write grievances on him so he can get removed from D house. Oct 3rd me & 4 other people was sent back because we wasn't paired up while in the bullpen I asked the Lt Burkybile if we'd get trays his words was F.U. you shouldve went to chow I told him you cant deny us food he told me to cuff up when I refused he went and got other officers E Vang, Sgt Baker Paulido, Davenport & Beaugard Sgt Moyes & C.O. Smith was also present. They wrestled me to the ground while cuffed someone was stomping on my neck & back Sgt Baker slammed my head on the floor & pulled out one of my dreads when they lift me up they Rammed my head to the door a couple of times they put my neck to my Knees making it impossible to walk but pushed me on. Evans tried his best to brake my shoulder but he dislocated it. I went & seen the medical Dr Obasi he refused to pop my shoulder in place I told him my thumb was also broken. He refused to even look at it told me I shouldn't have made the police med. I.A. talked to me twice the first time took my statement the second time Ms Foster just making sure her officers were safe & took pictures of my head.

I've wrote grievence's wrote the warden no answer

Now I sit in seg my celly popped my shoulder back in place my neck is getting better my back is very bodly & my thumb is swollen. Its alot of people in D house who seen the whole thing now I sit in seg and I lost my job in the Chow Hall. I don't know what you can do about it but I hopes its more than whats being done.

Thank You For Your Time

◦ Peace

Dear ~~Mr Secretary~~ Jean Macleen Synder, MecAuther Justice Center

My name is Jasmon Stallings B83576 F 141 I've been locked up 11 yrs and I've never been to seg. The reason I'm in seg is because Lt Burkybile is mad because he's not the Lt in F house anymore so he made it clear he wanted us to write grievances on him so he can get removed from D house. Oct 3rd me & 4 other people was sent back because we wasn't paired up while in the bullpen I asked the Lt Burkybile if we'd get trays his words was F.U. you shouldive went to chow I told him you cant deny us food he told me to cuff up when I refused he went and got other officers Evans, Sgt Baker Paulido, Davenport & Beaug and Sgt Moyes & C.O. Smith was also present. They wrestled me to the ground while cuffed someone was stomping on my neck & back. Sgt Baker slammed my head on the floor & pulled out one of my dreads when they lift me up they rammed my head to the door a couple of times. they put my neck to my Kness making it impossible to walk but pushed me on. Evans tried his best to brake my shoulder but he dislocated it. I went & seen the medical Dr Obasi he refused to pop my shoulder in place I told him my thumb was also broken. He refused to even look at it told me I shouldint have made the police med. I.A. talked to me twice the first time took my statement the second time Ms Foster just making sure her officers were safe & took pictures of my head.

I've wrote grievances wrote the warden no answer

Now I sit in seg my celly popped my shoulder back in place my neck is getting better my back is very bad & my thumb is swollen. Its alot of people in D house who seen the whole thing now I sit in seg and I lost my job in the Chow Hall. I dont know what you can do about it but I hopes its more than whats being done.

Thank You For Your Time

Peace

Dear ~~Assistant~~ Assistant Warden

My name is Jasmon Stallings B83576 F 141 I've been locked up 11yrs and I've never been to seg. The Reason I'm in seg is because Lt Burkybile is mad because he's not the Lt in F house anymore so he made it clear he wanted us to write grievances on him so he can get removed from D house. Oct 3rd me & 4 other people was sent back because we wasn't paired up while in the bullpen I asked the Lt Burkybile if we'd get trays his words was F.U. you shouldve went to chow I told him you can't deny us food he told me to cuff up when I refused he went and got other officers E Vans, Sgt Baker Paulido, Davenport & Beaug and Sgt Mayes & C.O. Smith was also present. They wrestled me to the ground while cuffed someone was stomping on my neck & back Sgt Baker slammed my head on the floor & pulled out one of my dreads when they lift me up they rammed my head to the door a couple of times they put my neck to my Kness making it impossible to walk but pushed me on. Evans tried his best to break my shoulder but he dislocated it. I went & seen the medical Dr Obasi he refused to pop my shoulder in place I told him my thumb was also broken. He refused to even look at it told me I shouldn't have made the police mad. I.A. talked to me twice the first time took my statement the second time Ms Foster just making sure her officers were safe & took pictures of my head.

   I've wrote grievances wrote the warden no answer

Now I sit in seg my selly popped my shoulder back in place my neck is getting better my back is very bada & my thumb is swollen. Its alot of peple in D house who seen the whole thing now I sit in seg and I lost my job in the Chow Hall. I don't know what you can do about it but I hopes its more then whets being done.

　　　　Thank You For Your Time
　　　　　　• Peace

 **UPTOWN PEOPLE'S LAW CENTER**
4413 NORTH SHERIDAN · CHICAGO, IL 60640
PHONE: 773.769.1411 · FAX: 773.769.2224
UPLCCHICAGO@GMAIL.COM

February 20, 2013

### *PRIVILEGED ATTORNEY-CLIENT COMMUNICATION*

Mr. Jasmon Stallings
B83576
Statesville Correctional Center
P.O. Box 112
Joliet, Illinois 60434

### Re: <u>Request for Assistance</u>

Dear Mr. Stallings;

We received your letter asking for help with your civil rights case, criminal case or other matter relating to your situation in prison. Unfortunately, we are not in a position to assist you. We are a very small legal clinic. While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people. For your information, we do not practice criminal law--including appeals, habeas, post convictions, etc.

Please be assured that our inability to help you does not mean that you do not have a good claim. We are forced to turn down many claims which are both morally compelling and have a sound legal basis. We simply do not have the resources to help everyone who needs help. We are truly sorry that we will not be able to take on your case, but we simply do not have the time needed to properly represent you, and we do not want to commit to you that we would do something which we can not, in reality, do.

If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies. With very few exceptions, federal law now requires that you complete the grievance process all the way through the ARB in Springfield. If you do not do so, or if you miss any deadlines, then you risk of forever losing the right to bring a case.

We are returning any documents you sent us. *We have not kept copies.*

We wish you the best of luck.

Sincerely,

**Uptown People's Law Center**



**U.S. Department of Justice**

Civil Rights Division

168-23-0/423830

*Special Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

August 13, 2013

Jason Stallings
Inmate#B83516
Illinois Department of Corrections
P.O. Box 112
Joliet, IL 60431

Dear Mr. Stallings:

Thank you for your letter. The Special Litigation Section relies on information from community members to identify civil rights violations. Each week, we receive hundreds of reports of potential violations. We collect and analyze this information to help us select cases, and we may also use this information as evidence in an existing case. We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on every letter.

The Special Litigation Section is one of several Sections in the Civil Rights Division. We work to protect civil rights in four areas: 1) the rights of people in state or local institutions, including: jails, prisons, juvenile detention facilities, and health care facilities for persons with disabilities (including whether persons in health care facilities should be getting services in the community instead); 2) the rights of people who interact with state or local police or sheriffs' departments; 3) the rights of people to have safe access to reproductive health care clinics or religious institutions; and 4) the rights of people to practice their religion in state and local institutions. We are not authorized to address issues with federal facilities or federal officials.

If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to find the correct section: www.justice.gov/crt.

The Special Litigation Section only handles cases that arise from widespread problems that affect groups of people. We do not assist with individual problems. We cannot help you recover damages or any personal relief. We cannot assist in criminal cases, including wrongful convictions, appeals or sentencing.

If you have an individual problem or seek compensation or some other form of personal relief, you may wish to consult a private attorney or a non-profit or legal aid organization for assistance. There are only two areas in which we can assist an individual or address a single incident: 1) we may be able to assist you if you are being prevented from practicing your religion in a prison, jail, mental hospital or other facility operated by or for a state or local government; 2) we may be able to assist you if you have experienced force or the threat of force when accessing a reproductive health care facility or religious institution.

For more information about the Special Litigation Section or the work we do, please visit our web page: www.justice.gov/crt/about/spl/.

Sincerely,

/s/
Jonathan M. Smith
Chief



**L A W**

### NORTHWESTERN UNIVERSITY SCHOOL OF LAW

THOMAS F. GERAGHTY, Associate Dean for Clinical Education,
    Professor of Law, and Director of the Bluhm Legal Clinic

December 14, 2012

Ms. Jasmon Stallings
B-83576
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Dear Ms. Stallings:

Thank you for your letter of November 26, 2012.

Unfortunately, the Legal Clinic's caseload is such that we are unable to offer assistance to you.

Very truly yours,

Thomas F. Geraghty
Attorney at Law

TFG: gg



# THE EDWIN F. MANDEL LEGAL AID CLINIC
## OF THE UNIVERSITY OF CHICAGO LAW SCHOOL

THE ARTHUR O. KANE CENTER FOR CLINICAL LEGAL EDUCATION

**6020 SOUTH UNIVERSITY AVENUE / CHICAGO, ILLINOIS 60637-2786**
**(773) 702-9611 / FAX: (773) 702-2063 / www.law.uchicago.edu/mandel**

*Lawyers*
Herschella G. Conyers
Craig B. Futterman
Mark J. Heyrman
Jeffrey E. Leslie
Randall D. Schmidt
Alison M. Siegler
Randolph N. Stone
Mark N. Templeton
Erica K. Zunkel

*Social Service*
*Coordinator*
Michelle Geller

*Senior Advisor*
Norval Morris
(1923-2004)

November 28, 2012

Mr. Jasmon Stallings
B-83576 - F 141
P.O. Box 112
Joliet, IL    60434

Dear Mr. Stallings:

The Mandel Legal Aid Clinic does not provide representation in your particular case. I suggest you contact the following groups:

Prisoner's Rights Research Project
University of Illinois College of Law
Champaign, IL 61820
(217) 333-0930

Chicago Lawyers Committee for Civil Rights
 Under Law, Inc.
100 N. LaSalle St. Ste. 600
Chicago, Illinois  60602
(312) 630-9744

If they are unable to help you please ask them for a referral as we have no one else for you to contact.  We are also returning your letter you sent us.

Sincerely,

Edwin F. Mandel Legal Aid Clinic



# Northwestern Law

**Bluhm Legal Clinic** Roderick MacArthur Justice Center

LEGAL DIRECTOR AND
CLINICAL PROFESSOR OF LAW
Locke E. Bowman
312.503.0844
l-bowman@law.northwestern.edu

CLINICAL PROFESSOR OF LAW
Joseph Margulies
312.503.0890
j-margulies@law.northwestern.edu

CLINICAL ASSISTANT PROFESSOR OF LAW
Alexa Van Brunt
312.503.1336
a-vanbrunt@law.northwestern.edu

BOARD OF DIRECTORS
Solange MacArthur
John R. MacArthur
James Liggett

GENERAL COUNSEL
David J. Bradford
312.222.9350
dbradford@jenner.com

January 2, 2013

Mr. Jasmon Stallings
#B83576
P.O. Box 112
Joliet, IL 60434

## PRIVILEGED & CONFIDENTIAL LEGAL MAIL

Dear Mr. Stallings,

Thank you for your letter requesting assistance from the Roderick MacArthur Justice Center.

The Roderick MacArthur Justice Center is a public interest law firm that is devoted to litigating cases that may impact the operation of the criminal justice system. Unfortunately, because we have a small staff and a full caseload, we are not able to help in every situation, even where claims seem legitimate and serious.

There is another group that may be more able to assist you, the Uptown People's Law Center. If they cannot take on your case, they may be able to refer you to another organization that can. You may wish to contact the following:

Uptown People's Law Center
4413 North Sheridan Road
Chicago, IL 60640

Thank you for writing. We wish you the best of luck.

Sincerely,

Keisha Etienne
Legal Assistant
Roderick MacArthur Justice Center

Northwestern University School of Law
375 East Chicago Avenue
Chicago, Illinois 60611-3069
Phone: 312.503.1271; Fax 312.503.1272
www.law.northwestern.edu/macarthur



# PRISONERS' RIGHTS RESEARCH PROJECT
## University of Illinois College of Law
## 504 East Pennsylvania Avenue
## Champaign, Illinois 61820

**Dear Sir or Madam:**

In response to your letter, we would like to explain further the function of the Prisoners' Rights Research Project at the University of Illinois College of Law. PRRP is a non-profit organization staffed entirely by law students at the University of Illinois College of Law. Its members are not licensed attorneys, and cannot offer legal advice. Additionally, we cannot process letters during the months of May through August because the student volunteers are away from school on summer break.

**We are unable to answer your letter because:**

✓     You did not ask a specific question. Please see below for guidelines on what we are able to answer.

___     Your letter asked questions on law other than Illinois or federal law.

✓     Your letter requested legal advice/representation. We do not give legal advice or provide representation. If you would like research on this area of law, please respond with a letter setting forth specific legal questions.

___     You sent documents for review. We are returning your documents. Unfortunately we are unable to accept for review any legal documents or court transcripts.

___     You sent a letter during the months of May through August, when unfortunately we cannot process letters because the student volunteers are away from school on summer break. We want, at least, to return your letter so you have the option to re-submit it or submit a new letter if your situation has changed.

___     Other _____

_____

PRRP can provide legal research on specific questions of Illinois or federal law. If you would like the assistance of the PRRP please mail a letter with specific questions you would like to have addressed. Due to the volume of mail received, PRRP cannot answer all letters received. We apologize if we are unable to answer your questions. Please do not send documents to the PRRP. We are unable to accept for review any legal documents or court transcripts. We cannot assist in finding an attorney and cannot represent clients.

A law student at PRRP will prepare a memorandum under the general supervision of a licensed attorney. The memorandum will represent his or her best effort to provide an objective analysis of the current state of Illinois or federal law on the issue or issues raised. It also may describe processes or case law that appears to be relevant to your situation. It does not constitute legal advice, and you should not rely upon it as a basis for action. If you wish to pursue any legal action, you should seek the advice of an attorney.

Sincerely,

Prisoners' Rights Research Project



**Chicago Lawyers' Committee
for Civil Rights Under Law, Inc.**

*Chicago's Partnership for Equal Justice*

December 12, 2012

Mr. Jasmon Stallings, #B83576
P.O. Box 112
Joliet, IL 60434

Re:     Request for Legal Assistance

Dear Mr. Stallings:

The work of the Chicago Lawyers' Committee is largely restricted to litigation addressing civil rights violations in hate crimes, employment and housing discrimination. It follows that your case is not one in which we would normally become involved. However, I will forward your request for assistance to Mr. Alan Mills, Uptown Peoples Law Center, 4413 North Sheridan Road, Chicago, IL 60640-5605 for consideration.

I hope that our determination does not deter you from seeking assistance elsewhere. Good luck in your efforts to resolve your problem.

Sincerely,

Elesha Jackson
Office Manager

100 North LaSalle Street  Suite 600  Chicago, Illinois 60602  312.630.9744 (voice)  312.630.1127 (fax)  www.clccrul.org



**UPTOWN PEOPLE'S LAW CENTER**
4413 NORTH SHERIDAN • CHICAGO, IL 60640
PHONE: 773.769.1411 • FAX: 773.769.2224
UPLCCHICAGO@GMAIL.COM

January 22, 2013

### *Privileged Legal Communication*

Jasmon Stallings
B83576
Statesville Correctional Center
P. O. Box 112
Joliet, Illinois 60434

Dear Stallings:

Please be advised that we received your letter requesting representation. While we will not be able to represent you directly in this claim, we do work with several lawyers and firms who have expressed interest in taking on prisoner cases from time to time on a *pro bono* basis. However, since the information you provided to us is confidential, and protected by attorney client privilege, we can not share the details of your case with anyone without your permission. Therefore, you need to let us know if you want us to try and find a *pro bono* attorney to represent you in this claim.

To properly present your case, we must have copies of the documents at issue. Specifically, we need copies of all of the Disciplinary Reports, Adjustment Committee Summaries, PRB rulings, grievances, medical reports, and ARB rulings which you have, along with any other documents which you think would help to explain your case. We understand that you may not have all of these documents, but the more documents you can give us, the more likely we are to be able to persuade an attorney to take on the case.

We need to emphasize that there is no guarantee that we will be able to find an attorney to represent you. There are various deadlines for filing different types of cases. You have not given us any details about your claim, and we have not investigated your potential claims. Therefore, we are not in a position to advise you which deadlines apply to your particular claims. If such a deadline is approaching, you should not wait for us—you should file something on your own immediately, so you do not miss any deadlines.

We look forward to hearing from you. Take care.

Sincerely,

*Uptown People's Law Center*

Dear Dir Gordenez

My name is Jasmon Stallings B83576 F 141 I've been locked up 11yrs and I've never been to seg. The Reason I'm in seg is because Lt Burkybile is mad because he's not the Lt in F house anymore so he made it clear he wanted us to write grievances on him so he can get removed from D house. Oct 3rd me & 4 other people was sent back because he wasn't paired up while in the bullpen I asked the Lt Burkybile if we'd get trays his words was F.U. you shouldve went to chow I told him you cant deny us food he told me to cuff up when I refused he went and got other officers E Vans, Sgt Baker Paulido, Davenport & Beaug and Sgt Meyes & C.O Smith was also present. They wrestled me to the ground while cuffed someone was stomping on my neck & back Sgt Baker slammed my head on the floor & pulled out one of my dreads. when they lift me up they rammed my head to the door a couple of times they put my neck to my kness making it impossible to walk but pushed me on. Evans tried his best to brake my shoulder but he dislocated it. I went & seen the medical Dr Obasi he refused to pop my shoulder in place I told him my thumb was also broken. He refused to even look at it told me I shouldnt have made the police med. T.R talked to me twice the first time took my statement the second time Ms Foster just making sure her officers were safe & took pictures of my head.
  The whole grievances I wrote the warden no answer

Now I sit in seg my celly popped my shoulder back in place my neck is getting better my back is very bad & my thumb is swollen. Its alot of people in D house who seen the whole thing now I sit in seg and I lost my job in the Chow Hall. I don't know what you can do about it but I hopes its more then whets being done.

    Thank You For Your Time

       o Peace

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: Nov 11, 2012 | Offender: (Please Print) Jasmon Stallings | ID#: B83576 |
|---|---|---|
| Present Facility: | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This is my 3rd grievance on this issue. Oct 3rd 2012 while on my way to chow me and four others was sent back for not pairing up in time. While in the bullpen I asked Lt Burkibile if we'll get thay he said Nor I told him he cent dang us food he told me to cuff up I told him I need to see a mejsa he said I got you I want and got Sgt Berry other COs Evans, Paulido, Davenport, Beaugard, Sgt Moyes and CO smith was already their. They bustled me to the ground while on the ground they stomped on my back and neck Sgt berry lift me up while cuffed by my hair pulling one of my dleads out thay got me up rammed my head against the door 3 times tried to push me down the steps while on our way thay put my head to my knees making it impossible to walk CO Evans tried

**Relief Requested:** At least some medical help

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _Jasmon Stalling_ | B83576 | ____ / ____ / ____ |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

| Date Received: ____ / ____ / ____ | **Counselor's Response (if applicable)** | |
|---|---|---|
| | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

to breke my arm he disbcated my shoulder. They all it seams ucs treing to
hurt me Sgt Berry while on the ground, while cuffed Rammeed my head to the ground
busting my lip. I want to the H.C.U. the Dr. Refuse to pop my shoulder in place or
look at my swollen thumb. Instead a month later sent me to get a X Ray. My

selly popped my shoulder back in place, my thumb still swollen my back & neck
stift hurting. Burky hilo is mad cause he got moved from F house to D house and made it
clear he'll get us to write him up so he can get moved. I sat in Seg. I've never been
to Seg. I lost my job I sit here broken up still no medical tention besides a X Ray.
I.A. came to talk to me twice Ms Foster and a new guy all they wanted to
know is would it be any retaliation. Ms Foster took photos of my head but made it
clear her only consern is her fello officers. I wrote 3 grievances own letters to
the Warden no answer

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: Nov 11, 2012 | Offender: (Please Print) Jasmon Stallings | | ID#: B83576 |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This is my 3rd grievance on this issue, Oct 3rd 2012 while on my way to chow me and four others was sent back for not pairing up in time. While in the bullpen I asked Lt Burkybile if we'll get thay he said No, I told him he cant deny us food he told me to cuff up I told him I need to see a mejor he said I got you I went and got Sgt Berry (aka) Cos Evans, Paulido, Davenport, Beaugard, Sgt Mayes and CO smith was already their. They rustled me to the ground while on the ground they stomped on my back and neck Sgt berry lift me up while cuffed by my hair pulling one of my dreads out they got me up rammed my head against the door 3 times tried to push me down the steps while on our way they put my head to my knees making it impossible to walk CO Evans tried

**Relief Requested:** At least some medical help

- [ ] Check only if this is an EMERGENCY grievance & b to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Jasmon Stallings | | B83576 | ____/____/____ |
|---|---|---|---|
| Offender's Signature | | ID# | Date |

(Continue on reverse side if necessary)

| | **Counselor's Response** (if applicable) | |
|---|---|---|
| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | | |

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

Baker

to break my arm he dislocated my shoulder. They all it seems was trying to hurt me Sgt Posey while on the ground while cuffed hammered my head to the ground busting my lip. I went to the H.C.U. the Dr. Refuse to pop my shoulder in place or look at my swollen thumb. Instead a month later sent me to get a X Ray. My

sally popped my shoulder back in place. my thumb still swollen my back & neck still hurt. Lt Buckybile is mad cause he get moved from F house to D house and made it clear he'll get us to write him up so he can get moved. I sent in Seg. I've never been to Seg. I lost my job I sit here. broken up still no medical tention besides a X Ray. I.A. come to talk to me twice. Ms Foster and a new guy all they wanted to know is would it be any retaliation. Ms Foster took photos of my head but made it clear her only consern is her fellow officers. I wote 3 grievances even letters to the Warden no answer.

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: Nov 11, 2012 | Offender: (Please Print) Jasman Stallings | ID#: B83576 |
| --- | --- | --- |
| Present Facility: | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report                     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This is my 3rd grievance on this issue. Oct 3rd 2012 while on my way to chow me and four others was sent back for not pairing up in time. While in the hill pen I asked Lt Burk, Jibile if we'll get thay he said No. I told him he cant deny us food he told me to cuff up I told him I need to see a major he said I got you Went and got Sgt Berry, C.Os Evans, Paulido, Davenport, Beaugard, Sgt Mayes and CO smith was already their. They wrestled me to the ground while on the ground they stomped on my back and neck Sgt Berry lift me up while cuffed by my hair pulling one of my dreads out thay got me up rammed my head against the door 3 times tried to push me down the steps while on the way they put my head to my knees making it impossible to walk CO Evans tried

**Relief Requested:** At least some medical help

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Jasmon Stallings | B83576 | _____ / _____ / _____ |
| --- | --- | --- |
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

| **Counselor's Response** (if applicable) | | |
| --- | --- | --- |
| Date Received: _____ / _____ / _____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
| --- | --- | --- |

Barker

to broke my [ar]m he disbcate my shoulder. They call it seems like trying to hurt me Sgt while on the ground, while cuffed ramed my head to the ground busting my lip. I went to the H.C.U. the Dr Refuse to pop my shoulder in place or look at my swollen thumb. Instead a month later sent me to get a X Ray. My

silly popped my shoulder back in place, my thumb still swollen my back & neck still hurt. Lt Burky bile is mad cause he got moved from F house to D house and made it clear he'll get us to write him up so he can get moved. I sat in Seg. I've never been to Seg. I lost my job I sit here broken up still no medical tention besides a X Ray I.A. come to talk to me twice, Ms Foster and a new guy all they wanted to know is would it be any retaliation. Ms Foster took photos of my head but made it clear her only consen is her fello officers. I wrote 3 grievances even letters to the Warden no answer.

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: Nov 11, 2012 | Offender: (Please Print) Jasmon Stallings | ID#: B83576 |
|---|---|---|
| Present Facility: | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____/_____/_____
  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This is my 3rd grievance on this issue. Oct 3rd 2012 while on my way to chow me and four others was sent back for not pairing up in time. While in the bullpen I asked Lt Burkybile if we'll get tray he said No. I told him he cant deny us food he told me to cuff up I told him I need to see a major he said I got you want and got Sgt Berry COs Evans, Paulido, Davenport, Beaugard, Sgt Mayes and CO smith was already their. They restled me to the ground while on the ground they stomped on my back and neck Sgt berry lift me up while cuffed by my hair pulling one of my dreads out. they got me up rammed my head against the door 3 times tried to push me down the steps while on all four they put my head to my knees making it impossible to walk CO Evans tried

**Relief Requested:** At lease some medical help

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Jasmon Stallings | B83576 | _____/_____/_____ |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

| | **Counselor's Response (if applicable)** | |
|---|---|---|
| Date Received: _____/_____/_____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

NOV 27 2012

| Print Counselor's Name | Counselor's Signature | _____/_____/_____ Date of Response |

Baker

to breke my arm he dislocated my shoulder. They all it seems love trying to hurt me. Sgt. Bailey while on the ground i hile cuffed hammered my head to the ground busting my lip. I went to the H.C.U. the Dr. Refuse to pop my shoulder in place or look at my swollen thumb. Instead a month later sent me to get a X Ray. My

sally popped my shoulder back in place my thumb still swollen my back & neck still hurt. Lt. Burkybile is mad cuse he got moved from F house to D house and made it clear he'll get us to write him up so he can get moved. I sent in Seg. I've never been to Seg. I lost my job I sit here broken up still no medical tention besides a X Ray I.A. came to talk to me twice Ms Foster and a new guy all they wanted to know is would it be any retaliation. Ms Foster took photos of my head but made it clear her only consern is her fello officers. I wrote 3 grievances even letters to the Warden no answer

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

F331

| Date: Nov 11, 2012 | Offender: (Please Print) Jasmon Stallings | ID#: B83576 |
|---|---|---|
| Present Facility: | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

GRIEVANCE OFFICE

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): NOV 2 1 2012

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued   STA #  4325

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** This is my 3rd grievance on this issue. Oct 3rd 2012 while on my way to chow me and four others was sent back for not pairing up in time. While in the bull pen I asked Lt Burkybile if we'll get tray he said no. I told him he can't deny us food he told me to cuff up I told him I need to see a major he said I got you. Went and got Sgt Baker C.O.'s Evans, Paulido, Davenport, Beaugard, Sgt Mayes and CO Smith was already their. They rastled me to the ground while on the ground they stomped on my back and neck Sgt Lacey lift me up while cuffed by my hair pulling one of my dreads out they got me up rammed my head against the door 3 times tried to push me down the steps while on our way they put my head to my knees making it impossible to walk CO Evans tried

**Relief Requested:** At lease some medical help

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Jasmon Stallings | B83576 | ____/____/____ |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | | |
|---|---|---|
| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

Baker

to breke my arm he dislocated my shoulder. They all it seims was trying to hurt me. Sgt _____ while on the ground, while cuffed hammred my head to the ground busting my lip. I went to the H.C.U. the Dr. Refuse to pop my shuldin in place or look at my swollen thumb. Instead a month later sent me to get a X Ray. My

sally popped my shoulder back in place. my thumb still swollen my back & neck still hurt. Lt Bucky bibs is mad cause he got moved from F house to D. house and made it clear he'll get us to write him up so he can get moved. I sit in Seg, I've never been to Seg. I lost my job I sit here brokin up still no medical tention besides a X Ray. I.A. come to talk to me twice, Ms Foster and a new guy all they wanted to know is would it be any retaliation. Ms Foster took photos of my head but made it clear her only consern is her fello officers. I write 3 grievances even letters to the Warden no ansuer

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**



Offender: _Stallings_ _Jasmin_ _____ _B83576_
Last Name / First Name / MI / ID#

Facility: _Sta_

☑ Grievance: Facility Grievance # (if applicable) _(2)_____ Dated: _11/4/12; 11/11/12_ or ☐ Correspondence: Dated: ____
Received: _11, 27, 12_ Regarding: _Conditions, Lockdown_
Date _Staff Conduct 10/3/12_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☒ Provide a copy of your written Committed Person's Grievance, DOC 0046 including the counselor's response if applicable).

☒ Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied by the facility, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

---

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___.
Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____
_____

---

Completed by: _Sarah Johnson_ _Sarah Johnson_ _12, 4, 12_
Print Name Signature Date

Distribution: Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-17

B83576  STALLINGS, JASMON

## IGRV Inmate History

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| MEDICAL | | STA | STA | SAJO | G | GRV #M772; STATES HE BLACKED OUT IN CELL, WAS NOT SEEN BY DOCTOR AFTER |
| MEDICAL | | STA | STA | SAJO | G | 2 GRVS COMBINED; GRV# 2488, 1858; REQ TX FOR BLOOD IN STOOLS AND MAJOR |
| PP | | STA | STA | SAJO | G | GRV #1966; STATES TV, HEADPHONES, FOOD, TAPES & PICTURES WERE DAMAGED |
| PP | | STA | STA | SAJO | G | GRV #2408; GRIEVES CONFISCATED PP ITEMS DURING 7/18/12 SHAKEDOWN. |
| CONDITIONS | 12/04/2012 | STA | STA | SAJO | G | RGF, STATES NO SHOWERS IN 10 DAYS DUE TO FLOODING AND BEING ON LOCKDC |
| STAFF CONDUCT | 12/04/2012 | STA | STA | SAJO | G | RGF, CLAIMS STAFF WRESTLED HIM TO THE GROUND AND STOMPED ON HIS BACK |
| MEDICAL | 04/10/2012 | STA | STA | SHBE | G | GRV# 1655; STOMACH ISSUES & DOCTOR SAYS NOTHING IS WRONG MARCH 2011. |
| RELIGION | 04/10/2012 | STA | STA | SHBE | G | RGF; GRV# 4090; WANTS SATANIC BIBLE. GRV IS DATED 10/26/11 & IS INCOMPLETE. |
| CONDITIONS | 02/02/2012 | STA | STA | SAJO | G | RGF. STATES TRAY MACHINE IN DIETARY DOESN'T WORK. NEED FAC RESPONSE. |
| GRIEV PROCESS | 12/14/2011 | STA | STA | SAJO | G | RGF, STATES THE GRIEVANCE OFFICE IS TAKING 3-6 MONTHS TO RESPOND TO GR |
| MEDICAL | 10/14/2011 | STA | STA | TEAN | G | RGF; FOOD MESSING UP STOMACH; NEEDS FACILITY RESPONSE |
| MEDICAL | 09/21/2011 | STA | STA | SAJO | G | RGF. WANTS A BETTER DIET AND MEDICAL CARE.  NEED FAC RESPONSE. |
| BUSINESS/TRUS | 02/16/2011 | STA | STA | SAJO | G | 3032 - DOESN'T RECEIVE STATE PAY WHILE ON LOCKDOWN. |
| DIETARY | 02/16/2011 | STA | STA | SAJO | G | 3651 - BOY IN DIET IS KILLING HIM.  HE REQUESTS A VEGAN DIET TRAY. |
| MEDICAL | 09/08/2010 | STA | STA | SAJO | G | INFECTION ON HEAD 0990. SEEN BY HC 1/12/10, COMPLETE BLOOD WORK DONE. S |
| MEDICAL | 03/11/2010 | STA | STA | SAJO | G | RGF. HAS AN INFECTION IN HIS HEAD.  NEED GRV OFFICER REPORT |
| MEDICAL | 07/28/2009 | STA | STA | SAJO | G | TREATMENT FOR BUMP ON THE BACK OF HIS HEAD - 0325 |

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** STALLINGS, JASMON  **IDOC Number:** B83576  **Race:** BLK
**Hearing Date/Time:** 10/9/2012  11:46 AM  **Living Unit:** STA-F-01-41  **Orientation Status:** N/A
**Incident Number:** 201202269/1 - STA  **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 10/3/2012 | 201202269/1-STA | BURKYBILE, RALPH | D-HOUSE | 10:55 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 102 | Assaulting Any Person - Staff  Comments:unsubstantiated | Not Guilty |
| 105 | Dangerous Disturbances  Comments:unsubstantiated | Not Guilty |
| 206 | Intimidation Or Threats | Guilty |
| 403 | Disobeying A Direct Order | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS

Inmate Stallings B83576 is present and IDR is read. Inmate Stallings B83576 stated I`m not guilty; I did refuse to leave the bullpen and they did take me to the ground, but I did not resist.

## BASIS FOR DECISION

1. OTS verifies Inmate Stallings B83576 was assigned to STA/D on 10/03/12.
2. Inmate Stallings B83576 identified by ID card.
3. Inmate Stallings B83576 admitted he refused to leave the bullpen.
4. R/LT reports gave inmate Stallings B83576 an order to return to his cell D330 and he would ensure he receive a lunch tray when it arrived in the unit. Inmate Stallings B83576 stated ' I ain't leaving without my tray'. R/LT gave inmate Stallings B83576 a direct order to report to his cell. Inmate Stallings B83576 refused and stated 'I ain't leaving without my lunch tray'. R/LT entered the bullpen, gave inmate Stallings B83576 a direct order to cuff up. Inmate Stallings B83576 doubled up his fist and got in a fighting stance and stated 'I ain't leaving without my lunch tray'. R/LT attempted to place a cuff on inmate Stallings B83576 right wrist and Stallings B83576 resisted. R/LT, with the assistance of C/O Davenport/O Paulido, and C/O Beaugard took Inmate Stallings B83576 to the ground and Stallings B83576 was restrained and taken to segregation.
5. The committee is satisfied that Inmate Stallings B83576 did in fact violate the charges cited.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|-------------|-------|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| 2 Months Commissary Restriction | 2 Months Commissary Restriction |

**Basis for Discipline:**NATURE OF OFFENSE

## Signatures
### Hearing Committee

| | | | |
|---|---|---|---|
| BEST, CHARLES F  - Chair Person | *Signature* | 10/09/12 | BLK |
| LELLI, ANTHONY M | *Signature* | 10/09/12 | WHI |

Recommended Action Approved

Run Date: 10/30/2012 12:02:03  Page 1 of 2

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** STALLINGS, JASMON

**Hearing Date/Time:** 10/9/2012  11:46 AM

**Incident Number:** 201202269/1 - STA

**IDOC Number:** B83576

**Living Unit:** STA-F-01-41

**Status:** Final

**Race:** BLK

**Orientation Status:** N/A

**Final Comments:** N/A

MARCUS  HARDY / LKS  10/29/2012

**Chief Administrative Officer**

Signature                    Date  10/29/12

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504, Subpart F.

Employee Serving Copy to Committed Person

When Served - - Date and Time

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

## PROGRAM COMMITTEE
## FINAL SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Name:** STALLINGS, JASMON | | **IDOC Number:** B83576 | **Race:** BLK |
| **Hearing Date/Time:** 10/7/2012   03:15 PM | | **Living Unit:** STA-D-01-44 | **Orientation Status:** N/A |
| **Incident Number:** 201300812/1 - STA | | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 10/3/2012 | 201300812/1-STA | PULIDO, SAUL | D-HOUSE | 10:35 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 403 | Disobeying A Direct Order | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status | |
|---|---|---|---|---|
| Inmate | IDOC#: K83763 | KNIGHT, JOHN | Witness Was Called | Requested By Inmate |

**Statement:** They didn't tell us to pair up.

## RECORD OF PROCEEDINGS

Offender Stallings B83576 was present and identified by his IDOC issued identification card. Charges were read. Hearing was conducted. Offender pled not guilty. The offender stated "He didn't order me to pair up."

## BASIS FOR DECISION

The reporting officer, S. Pulido, states "while running chow lines from D House, (I) did give (Offender) Stallings B85376 a direct order to pair it up (but Offender) Stallings refused (to comply) and continued to hold a conversation in the back of the line. The reporting officer indicates that after offender refused to comply with a subsequent order to pair up, he was returned to D House. The reporting officer reports that Offender Stallings was positively identified by IDOC issued identification card. The offender pled not guilty as he stated to the Program Unit "He didn't order me to pair up." Offender Knight K83763 also stated "They didn't tell us to pair up." However, the Program Unit reasonably finds Offender Stallings guilty of 403 Disobeying a Direct Order.

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| Verbal Reprimand | Verbal Reprimand |
| **Basis for Discipline:** | |

## Signatures
### Hearing Committee

| | | | |
|---|---|---|---|
| RANGE, MICHAEL D  - Chair Person | Signature | 10/07/12   Date | BLK   Race |
| Recommended Action Approved | | | |

## Final Comments: N/A

| | | |
|---|---|---|
| MICHAEL LEMKE / MWL  3/25/2013 | Signature | 03/25/13 |
| **Chief Administrative Officer** | | Date |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

| | |
|---|---|
| Employee Serving Copy to Committed Person | 3/31/13  9:35 When Served  -- Date and Time |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**

| Type of Report: | | | Stateville C C | Date: |
|---|---|---|---|---|
| ☒ Disciplinary | ☐ Investigative | | Facility | October 03, 2012 |

Offender Name: **STALLINGS, JASMON**     ID #: **B83576**

---

**Offense Information:**

Observation Date: 10/03/2012     Approximate Time: 10:55 AM  ☒ a.m. ☐ p.m.     Location: D-House Bull pen

**Offense(s): DR 504:**     102 assault, 105 dangerous disturbance, 206 intimidation and threats, 403 disobeying a direct order

**Observation:** (NOTE: Each offense identified above must be substantiated On the above date and approximate time this R/Lt ordered inmate STALLINGS to return to his assigned cell of 330 and I would ensure he receives a lunch tray when they arrive in the unit. Inmate STALLINGS stated "I ain't leaving without my lunch tray" R/Lt. supervised 1 gallery return and once secured, R/Lt. once again gave inmate STALLINGS  a direct order to go to go in his assigned cell. Inmate refused and once again stated "I ain't leaving without my lunch tray". This R/Lt. entered the bullpen, gave inmate STALLINGS a direct order to cuff up for failure to comply to this Lieutenant's orders. Inmate STALLINGS doubled up his fists, got in a fighting stance, and once again stated "I ain't leaving without my lunch tray". R/Lt. left the bull pen and called 90 (movement coordinator) and asked for assistance in restraing and escorting inmate STALLINGS to segregation. Officers PAULIDO, DAVENPORT and BEAUGARD arrived and entered the bull pen with this Lieutenant. "CONTINUE ON PAGE 2".

**WITNESS:**

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Lt. Burkybile, R.        2609 | | | 10/03/2012 | 11:40 AM  ☒ a.m. ☐ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name)     Badge # | Signature | | Date | Time |

---

**Disciplinary Action:**

Shift Review: ☑ Temporary Confinement     ☐ Investigative Status     Reasons: Nature of incident

Divall  #676                                                                    10/31/

Printed Name and Badge #          Shift Supervisor's Signature     Date
(For Transition Centers, Chief Administrative Officer)

---

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer     Comment:

☒ Major Infraction, submitted to Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor Infraction, submitted to Program Unit

MAJOR BURCINSKI  #620                                                    10-6-12

Print Reviewing Officer's Name and Badge #     Reviewing Officer's Signature     Date

☑ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

M. Lange  2782                                                              10-6-12

Print Hearing Investigator's Name and Badge #     Hearing Investigator's Signature     Date

---

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing.  You may ask that witnesses be questioned along lines you suggest.  You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee.  You may have staff assistance if you are unable to prepare a defense.  You may request a reasonable extension of time to prepare for your hearing.

☑ Check if offender refused to sign

M. Lange     Offender's Signature     2782     ID#

Serving Employee (Print Name)     Badge #     Signature     ID#

11-7-12     3:0  ☐ a.m. ☐ p.m.

Date Served     Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature     ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report     Print offender's name     ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness     Witness badge or ID#     Assigned Cell (if applicable)     Title (if applicable)

Witness can testify to: _____

Print Name of witness     Witness badge or ID#     Assigned Cell (if applicable)     Title (if applicable)

Witness can testify to: _____

Page 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Continuation Page**

STATEVILLE
Facility

☒ Disciplinary Report   ☐ Investigative Report   ☐ Disciplinary Summary   ☐ Adjustment Committee Summary

Report/Incident Date: _October 03, 2012_          Incident # (if applicable): _____

**Offender Information:**
Offender Name: STALLINGS, JASMON          ID #: B83576

Use the space below to provide any additional information.

This R/Lt. once again gave inmate STALLINGS a direct order to cuff up to which he once again stated "I ain't leaving without my lunch tray" doubled up his fists and got in a fighting stance. This R/Lt. attempted to place a cuff on inmate STALLINGS right wrist and inmate STALLINGS resisted. This R/Lt. along with the above mentioned C/O's took inmate STALLINGS to the ground and restrained him. Inamte STALLINGS was ID'D by his state issued photo ID.

Page 1 of 2

Distribution: Master File
Offender
Facility (2)

Printed on Recycled Paper

DOC 0318 (Eff. 8/2006)
(Replaces DC 7212)

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Disciplinary Report

| Type of Report: | | | | |
|---|---|---|---|---|
| ☒ Disciplinary ☐ Investigative | | Stateville C C Facility | | Date: October 03, 2012 |

Offender Name: **STALLINGS, JASMON**    ID #: B83576

**Offense Information:**

Observation Date: 10/03/2012    Approximate Time: 10:35 AM ☒ a.m. ☐ p.m.    Location: D-House Walk

Offense(s): DR 504:    403 disobeying a direct order

**Observation:** (NOTE: Each offense identified above must be substantiated) On the above date and approximate time this R/O while running chow lines from D-house did give inmate Stallings # B83576 a direct order to "pair it up" so the line could get moving to chow. Inmate Stallings refused and continued to hold a conversation with other inmates in the back of the line. R/O repeated the order to "pair up" and inmate Stallings stated "we are in line" R/O informed inmate Stallings that he needed to stand next to someone and pair it up because the end of the lines were not even. Inmate Stallings refused to do so and was returned to the unit for failure to comply with this R/O's orders and movement procedures. Inmate Stallings was ID'D by his state issued photo ID.

**WITNESS: C/O Davenport 13865**

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| C/O Paulido, S | $240 | | 10/03/2012 | 11:40 AM | ☒ a.m. ☐ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

### Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons:

| | | |
|---|---|---|
| Printed Name and Badge # | Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) | Date |

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment:

☐ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☒ Minor Infraction, submitted to Program Unit

| PTONPI  #676 | P10 | 10/3/12 |
|---|---|---|
| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |

☐ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

| MILANGE 2782 | | 10-3-12 |
|---|---|---|
| Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date |

**Procedure Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

| MILANGE | Offender's Signature | | ID# | |
|---|---|---|---|---|
| Serving Employee (Print Name) | 2782 Badge # | Signature | | |
| 10-7-12 Date Served | 3:10 Time Served | ☐ a.m. ☐ p.m. | | |

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

| | | |
|---|---|---|
| Offender's Signature | | ID# |

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

| | | |
|---|---|---|
| Date of Disciplinary Report | Print offender's name | ID# |

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| Witness can testify to: | | | |

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| Witness can testify to: | | | |

Page 1 of 1



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

February 18, 2014

Jasmon Stallings
Register No. B83576
Stateville Correctional Center

Dear Mr. Stallings:

This is in response to your grievance received on April 9, 2013, regarding Staff Conduct (excessive force, 10/2/12), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender Stallings grieves in summary he was denied a meal tray after being returned to the housing unit on October 3, 2012. He claims when he asked Lt. Burkybile to speak to a Major regarding the issue he was told to "cuff up". Offender Stallings alleges Lt. Burkybile, Sgt. Baker, CO Evans, CO Paulido, CO Davenport, CO Beaugard, Sgt. Meyes and CO Smith wrestled him to the ground. While on the ground he claims he was "stomped on the back and neck", "lifted up by my hair", his head "rammed" into the door. He alleges staff dislocated his shoulder, busted his lip, and injured his thumb. He grieves he did not receive medical treatment for his shoulder unitl later when he received an x-ray.

The Grievance Officer's Report (539) and subsequent recommendation dated March 27, 2013 and approval by the Chief Administrative Officer on March 28, 2013 have been reviewed.

It is noted Offender Stallings received a disciplinary report on October 2, 2012 for 102-Assaulting Any Person, 105-Dangerous Disturbance, 206-Intimidation or Threats, 403-Disobeying a Direct Order. The Adjustment Committee found the offender guilty of 206 and 403. The discipline imposed was 2 months C grade, 2 months Segregation, 2 months Commissary Restriction.

This office contacted Internal Affairs staff who indicated Offender Stallings allegations were reviewed and found to be unsubstantiated. Medical records indicates Offender Stallings was seen on October 3, 2012 and prescribed Motrin for 2 weeks. X-ray of right shoulder, neck and left hand was completed with negative results.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied. Allegations of staff misconduct were found to be unsubstantiated by Internal Affairs.

FOR THE BOARD: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Sarah Johnson
Administrative Review Board
Office of Inmate Issues

CONCURRED: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
S.A. Godinez
Director                    2/19/14

cc:    Warden, Stateville Correctional Center
       Jasmon Stallings, Register No. B83576

CARDINAL GLENNON CHILDREN'S HOSPITAL
St. Louis, MO

## NURSING ASSESSMENT SUMMARY

### SEVERE HEAD INJURY (ICU)

Date: 5/31/94

009179 925-2 0522094
STALLINGS, JASMON
091362          R  22
PEDIATRIC SUR 28-10-57
DR. CRAFFIN          TV

**Summary written by:** _____

(A written nursing impression based on the admission interview, which synthesizes information obtained in the 5 categories of the data base.)

11 y/o BM hit by car while riding bike. CT head negative CT abdomen negative. Chip fracture to T-[?] vertebrae. Multiple abrasions. [illegible] intubated in ER for poor resp effort. (Social 5/31/94 Mother in ER [illegible] teacher [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] Johnson's accident [illegible] [illegible] [illegible] [illegible] [illegible] [illegible])

**IDENTIFIED PROBLEMS & NURSING PLAN OF CARE:** From observations to take [illegible]

| Date Initiated | Pt./Family Problems | Nursing Plan of Care | Goals | Date Reviewed | Date Resolved | Signature |
|---|---|---|---|---|---|---|
| | Identified Physiological, Psychosocial conditions requiring nursing intervention. | Those prescribed nursing actions adapted to the uniqueness of the individual. | | | | |
| | 1. Alteration in neurologic functioning. | 1A. Neuro checks every 1 - 2 hours as ordered, including level of consciousness, pupil size and re-activity, extremity movement, abnormal posturing, seizure activity (refer to Maryland Coma Scale Sheet). Report any deterioration in neuro status. | Statements of desired pt. behaviors that are evidence of stabilization, improvement or resolution of problem. Stable neuro status, vital signs and ICP. No CSF leak. Normal body temperature. | [illegible] 94° | | [signature] |
| | | B. Vital signs every 1 - 2 hours as ordered, including ICP if monitor in place. Note patient activity during ICP elevations if significant. Report bradycardia, | | [illegible] 4° | | |

SEVERE HEAD INJURY (ICU)

NCP-II-03

CARDINAL GLENNON CHILDREN'S HOSPITAL
St. Louis, Missouri

Page 11 of 13

**IDENTIFIED PROBLEMS AND NURSING PLAN OF CARE:**
Alter plan frequently as individual patient/family problems change, or plan of care changes.

Plan of Care must be reviewed at least every 3 days.

| Date Initiated | Pt./Family Problems | Nursing Plan of Care | Goals | Date Reviewed | Date Resolved | Signature |
|---|---|---|---|---|---|---|
| | 9. (Continued) | B. Turn every 2 hours after ICP monitor out or when ordered to begin. (Turning may increase ICP during first few days post-injury.) | | | | |
| | | C. Observe for skin breakdown and notify physician. | | | | |
| | | D. Tedhose or elastic wrap to lower extremity as ordered. | | | | |
| | | E. Gentle range of motion exercises as tolerated when critical phase ICP elevation has passed. Check orders with orthopedic service if any bony fractures of extremities or pelvis. | | | | |
| | | F. Physical and occupational therapy consult for splints to extremities, range of motions exercises, wheelchairs or adaptive devices as needed. | | | CF | |
| | | G. Increase activity as ordered and tolerated. | | | | |
| 5/9/24 | 10. Potential for Infection. | 10A. Monitor VS as ordered. Fevers are expected in brain injury. | Afebrile or fever shown to be due to CNS injury. Cultures negative. | | | CF |

. Dear OBASI

Can you please have me seen by someone if your to busy, Im afraid my seizures might get worse I still haven't been out for a X-Ray or received any pain medication

Thankyou

Dear Dr. OBAsi

I suffered another minor seizure due to head injuries I just suffered. C.M.T was called they came seen my eyes was opened and left said they'd put me in to see you but they just left me on the floor. Can you please call me over.

Thank you

Dear Obasi

I'm writing again last night I suffered a minor seicure my thumb still swollen my selh popped my shoulder back in place but I need some medical attention.

Bnd.

Dear Dr Obasi

My name is Jasmon Stallings B83576 I seen you the other day about my injuries
I suffered due from a altercation with the COs. Well I havent received any medic
for the pain nor went out for a X-Ray and as I've told you due to minor braindamage
Im starting to have minor seizures. Can you please help me with my injuries

Dear Dr OBASi

This my 10th letter as I explained when I was seen by you when I was ll
I suffered mind brain damage so any blow to the head will cause seizures.
The police rammed my head against the floor several times and they've start
to happen. Along with a dislocated shoulder maybe broken thumb and back problem
swollen head. I n took photos if you think I'm lieing please see them.
All I need is to be seen maybe get on meds that'll sop the seizures

            Thank You